UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CXE 19-025233
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC
D/B/A MR. COOPER

Order Filed on July 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

JEFFREY A. SEDOR, DEBTOR

CASE NO.: 18-23704-MBK

JUDGE: HONORABLE MICHAEL B. KAPLAN

CHAPTER: 13

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: July 29, 2019

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor is currently delinquent in post-petition payments to Secured Creditor for the months of June 1, 2019 through July 1, 2019 in the total amount of $$3,395.58, less a suspense balance of $497.44, for a delinquency of $2,898.14.

2. To cure the delinquency outlined in paragraph one (1), debtor agrees to remit a $2,000.00 payment by July 31, 2019.

3. To cure the remaining delinquency of $898.14, debtor agrees to remit funds of $898.14 by August 5, 2019.

4. Starting August 1, 2019, Debtor also agrees to maintain all contractually due payments to Secured Creditor, which currently amount to $1,697.79.

5. Debtor shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through the remaining Chapter 13 Plan. The Standing Trustee shall amend his/her records to reflect same.

6. Payments should be submitted to the Secured Creditor via Certified Check to the below address:

    Nationstar Mortgage, LLC dba Mr. Cooper
    PO Box 619094
    Dallas, TX 75261-9741

7. If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 7-19-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 07/17/2019
Allen I. Gorski, Esquire
Attorney for the Debtor