| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
Chapter 13 Case No. 18-23704 / MBK

Jeffrey A. Sedor

Petition Filed Date: 07/09/2018
341 Hearing Date: 08/09/2018
Confirmation Date: 11/27/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/31/2022 | $1,564.00 | 83728010 | 04/06/2022 | $1,000.00 | 83885860 | 04/18/2022 | $1,000.00 | 84007880 |
| 05/16/2022 | $1,636.00 | 84671850 | 06/24/2022 | $1,000.00 | 85437180 | 07/11/2022 | $636.00 | 85821860 |
| 09/12/2022 | $1,636.00 | 87009130 | 10/04/2022 | $800.00 | 87464620 | 11/16/2022 | $1,636.00 | 88301150 |
| 01/09/2023 | $1,636.00 | 89296310 | 02/06/2023 | $800.00 | 89842540 | 03/08/2023 | $800.00 | 90432150 |

**Total Receipts for the Period: $14,144.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,644.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jeffrey A. Sedor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Allen I. Gorski, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $412.60 | $0.00 | $412.60 |
| 2 | CAPITAL ONE BANK (USA), N.A.<br>»»  HSBC | Unsecured Creditors | $847.47 | $0.00 | $847.47 |
| 3 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $649.11 | $0.00 | $649.11 |
| 4 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $284.76 | $0.00 | $284.76 |
| 5 | MIDFIRST BANK<br>»»  P/7 MILL CHASE RD/1ST MTG/PACIFIC UNION/NATIONSTAR | Mortgage Arrears | $27,688.06 | $19,715.30 | $7,972.76 |
| 6 | EMERGENCY PHY SERVICES OF NJ PA | Unsecured Creditors | $651.00 | $0.00 | $651.00 |
| 0 | Allen I. Gorski, Esq.<br>»»  ORDER 1/10/19 | Attorney Fees | $3,377.60 | $3,377.60 | $0.00 |
| 7 | MIDFIRST BANK<br>»»  P/7 MILL CHASE RD/1ST MTG/ATTY FEES 7/29/19 ORD | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 8 | MIDFIRST BANK<br>»»  P/7 MILL CHASE RD/1ST MPTG/POST-PET 4/9/20 ORDER | Mortgage Arrears | $3,984.88 | $2,650.23 | $1,334.65 |
| 9 | MIDFIRST BANK<br>»»  P/7 MILL CHASE RD/1ST MTG/ATTY FEES 4/9/20 ORD | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | Allen I. Gorski, Esq.<br>»»  ORDER 10/15/20 | Attorney Fees | $5,543.16 | $5,543.16 | $0.00 |

**Chapter 13 Case No. 18-23704 / MBK**

| 0 | Allen I. Gorski, Esq. »» ORDER 7/16/21 | Attorney Fees | $1,213.60 | $1,213.60 | $0.00 |
| 10 | MIDFIRST BANK »» P/7 MILL CHASE RD/1ST MTG/PP ARREARS 12/6/21 ORD | Mortgage Arrears | $3,665.40 | $2,029.38 | $1,636.02 |
| 0 | Allen I. Gorski, Esq. »» ORDER 3/10/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,644.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $37,910.27 | Current Monthly Payment: | $1,636.00 |
| Paid to Trustee: | $3,248.93 | Arrearages: | $6,416.00 |
| Funds on Hand: | $1,484.80 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

