Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–23704–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jeffrey A. Sedor
    7 Mill Chase Road
    Southampton, NJ 08088

Social Security No.:
    xxx–xx–7036

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/12/23 at 09:00 AM

to consider and act upon the following:

*98* – Creditor's Certification of Default filed by Elizabeth L. Wassall on behalf of MIDFIRST BANK. Objection deadline is 03/15/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification # 4 Certification # 5 Exhibit A– Consent Order) (Wassall, Elizabeth)

Dated: 3/16/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court