UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In Re: | Case No.: _____ |
| | Judge: _____ |
| | Chapter:                    13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.        ☐ Motion for Relief from the Automatic Stay filed by _____.

creditor,

A hearing has been scheduled for _____, at _____.


☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.


2.        I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _____                              _____
                                                          Debtor's Signature

Date: _____                              _____
                                                          Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*

Attachment to Chapter 13 Debtor's Certification in Opposition to
Trustee's Motion to Dismiss
Jeffery A. Sedor
Case No. 18-23704-MBK

I work as an automobile mechanic. I used to run my own business, but the business closed during the pendency of the bankruptcy. I had knee replacement surgery, and I was out on disability from September through December. I struggled to maintain my regular monthly mortgage payments and made good faith payments to the Trustee.

I realized that I must complete the Chapter 13 Plan by this summer, and I am hopeful that I will receive a retroactive disability payment, as well as an income tax refund to complete Plan payments.

I just resolved MidFirst Mortgage Certification of Default by curing all arrears. The MidFirst Certification of Default was adjourned from April 12th to April 26th and will be withdrawn. I can now pay the $4,000 I have on hand to the Trustee before the hearing on April 26, 2023.