| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MMC 19-025233<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR MIDFIRST BANK | |
| In Re:<br><br>JEFFERY A. SEDOR,<br>                      DEBTOR | Case No.: 18-23704-MBK<br><br>Judge: HONORABLE MICHAEL B. KAPLAN<br><br>Chapter: 13 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: <u>Creditor's Certification of Default</u>    ECF Doc: <u>98</u>

Date:  4-21-2023            */s/Elizabeth L. Wassall*
                                             Signature

*rev.8/1/15*