Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23704−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey A. Sedor
   7 Mill Chase Road
   Southampton, NJ 08088

Social Security No.:
   xxx−xx−7036

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:         9/27/23
Time:         02:00 PM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Gorski & Knowlton PC, Debtor's Attorney

COMMISSION OR FEES
fee: $5932.50

EXPENSES
expenses: $100.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 24, 2023
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-23704-MBK |
| Jeffrey A. Sedor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 24, 2023 | Form ID: 137 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey A. Sedor, 7 Mill Chase Road, Southampton, NJ 08088-9640 |
| 517634657 | | Diagnostic Pathology Consultants, 520 East 22nd Street, Lombard, IL 60148-6110 |
| 517634658 | | Emergency Physicians SVCS of NJ PA., Akron billing center, 3585 Park Ridge Drive, Akron, OH 44333-8203 |
| 517634663 | | Leasecomm Corporation, 2711 Centerville Rd, Suite 400, Wilmington, DE 19808-1645 |
| 517634665 | + | Source Rcvry, Po Box 450, Springfield, PA 19064-0450 |
| 517634666 | + | South Jersey Auto Supply, c/o Ronald Mac Farland,Esq., 1778 Route 47 box 542, Woodbine, NJ 08270-9541 |
| 517634670 | + | Virtua Health, Mail Processing Center, 2 Brighton Road, Clifton, NJ 07012-1663 |
| 517634669 | | Virtua Health, PO Box 8500, Lockbox 7542, Philadelphia, PA 19178-7542 |
| 517634671 | + | Virtua Health Memorial, PO Box 8485, Coral Springs, FL 33075-8485 |
| 517634672 | + | Virtua Memorial Hospital, 175 Madison Avenue, Mount Holly, NJ 08060-2099 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517634655 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2023 22:17:17 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517671499 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2023 21:32:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517634656 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 24 2023 21:30:58 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517741497 | | Email/Text: BNCnotices@dcmservices.com | Aug 24 2023 20:38:00 | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 517634659 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Aug 24 2023 20:37:00 | Fein, Such Kahn and Shepard, attys for Pacific Union Financial, 7 Century Drive, Parsippany, NJ 07054-4673 |
| 517634660 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 24 2023 21:31:57 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517634661 | ^ | MEBN | Aug 24 2023 20:23:32 | HRRG, Emergency Phys Svcs of NJ, P.A., PO Box 8486, Coral Springs, FL 33075-8486 |
| 517704995 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2023 22:17:58 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517634662 | + | Email/Text: collection@bresslerlaw.com | Aug 24 2023 20:39:00 | Leasecomm Corporation, c/o Bressler, Duyk, 60 |

Case 18-23704-MBK    Doc 116    Filed 08/26/23    Entered 08/27/23 00:14:44    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: 137 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | Route 27, Edison, NJ 08820-3908 |
| 518415740 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 24 2023 22:17:11 | MidFirst Bank, Bankruptcy Bank, 999 NW Grand Blvd., # 110, Oklahoma City, OK 73118-6051 |
| 518415741 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 24 2023 21:32:38 | MidFirst Bank, Bankruptcy Bank, 999 NW Grand Blvd., # 110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Bank 73118-6051 |
| 518145089 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 24 2023 20:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261, Nationstar Mortgage LLC d/b/a Mr. Cooper 75261-9096, Attn: Bankruptcy Department |
| 518145088 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 24 2023 20:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9096 |
| 517739411 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 24 2023 20:37:00 | PACIFIC UNION FINANCIAL LLC, 1603 LBJ FREEWAY, SUITE 500, FARMERS BRANCH, TX 75234-6071 |
| 517634664 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 24 2023 20:37:00 | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 517726095 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 24 2023 20:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517634667 | | Email/Text: _Credit&Collections@suburbanpropane.com | Aug 24 2023 20:38:00 | Suburban Propane, 240 Route 10 West, PO Box 206, Whippany, NJ 07981-0206 |
| 517634668 | + | Email/Text: james.r.shear@hud.gov | Aug 24 2023 20:39:00 | US Dept of Housing & Urban Dev, Department of HUD, Financial Operations Center, 52 Corporate Circle, Albany, NY 12203-5176 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: 137 | Total Noticed: 30 |

Allen I Gorski
    on behalf of Creditor MIDFIRST BANK agorski@gorskiknowlton.com

Allen I Gorski
    on behalf of Debtor Jeffrey A. Sedor agorski@gorskiknowlton.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor MIDFIRST BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Jay B Feldman
    on behalf of Creditor Edward Taulane jay@leighton-law.com anna@leighton-law.com

Jeffrey Rappaport
    on behalf of Creditor MIDFIRST BANK jrappaport@logs.com njbankruptcynotifications@logs.com

Jill Manzo
    on behalf of Creditor PACIFIC UNION FINANCIAL LLC bankruptcy@fskslaw.com

Krystin Miranda Kane
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kralex@logs.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12