UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)528-0721
Email:  agorski@gorskiknowlton.com
Attorneys for Debtor

Order Filed on September 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeffrey A. Sedor

Case No.:     18-23704

Chapter:     13

Judge:     Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Gorski & Knowlton PC_____, the applicant, is allowed a fee of $ _____5,932.50_____ for services rendered and expenses in the amount of $_____100.00_____ for a total of $ _____6,032.50_____ .  The allowance is payable:

    ☐  through the Chapter 13 plan as an administrative priority.

    ☒  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-23704-MBK

Jeffrey A. Sedor                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                    Page 1 of 2
Date Rcvd: Sep 28, 2023                      Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

**Recip ID**             **Recipient Name and Address**
db                    +  Jeffrey A. Sedor, 7 Mill Chase Road, Southampton, NJ 08088-9640

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed
below:**

**Name**                 **Email Address**

Albert Russo

    docs@russotrustee.com

Albert Russo

    on behalf of Trustee Albert Russo docs@russotrustee.com

Allen I Gorski

    on behalf of Creditor MIDFIRST BANK agorski@gorskiknowlton.com

Allen I Gorski

    on behalf of Debtor Jeffrey A. Sedor agorski@gorskiknowlton.com

Denise E. Carlon

    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall

    on behalf of Creditor MIDFIRST BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com
njbankruptcynotifications@logs.com;logsecf@logs.com

Jay B Feldman
on behalf of Creditor Edward Taulane jay@leighton-law.com  anna@leighton-law.com

Jeffrey Rappaport
on behalf of Creditor MIDFIRST BANK jrappaport@logs.com  njbankruptcynotifications@logs.com

Jill Manzo
on behalf of Creditor PACIFIC UNION FINANCIAL  LLC jmanzo@spinellalawgroup.com

Krystin Miranda Kane
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kralex@logs.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12